## HERFURTH v. HERFURTH.
### No. 8340.

United States Court of Appeals for the
District of Columbia.

Argued May 11, 1943.

Decided May 17, 1943.

Mr. Ward B. McCarthy, of Washington, D. C., with whom Messrs. Leonard J. Ganse and Carl F. Bauersfeld, both of Washington, D. C., were on the brief, for appellant.

No appearance was entered or brief filed for appellee.

Before GRONER, Chief Justice, and MILLER and ARNOLD, Associate Justices.

### PER CURIAM.

The court below held that it was without jurisdiction to issue a preliminary injunction restraining the defendant from litigating a property settlement in the Circuit Court for Arlington County, Virginia. The order is affirmed on the authority of Hyattsville Building Association v. Bouic, 1916, 44 App.D.C. 408; Harlan v. Harlan, 1922, 52 App.D.C. 98, 281 F. 602; and Toucey v. New York Life Insurance Company, 1941, 314 U.S. 118, 62 S.Ct. 139, 86 L.Ed. 100, 137 A.L.R. 967.

Affirmed.

## HILL v. CAPITAL TRANSIT CO.
### No. 8057.

United States Court of Appeals for the
District of Columbia.

Argued May 4, 1943.

Decided May 17, 1943.

Mr. Leroy S. Bendheim, of Washington, D. C., with whom Mr. Arthur L. Willcher, of Washington, D. C., entered an appearance for appellant. Mr. Isadore H. Halpern, of Washington, D. C., was on the brief for appellant.

Mr. H. W. Kelly, of Washington, D. C., with whom Mr. R. E. Lee Goff, of Washington, D. C., was on the brief, for appellee. Mr. S. R. Bowen, of Washington, D. C., also entered an appearance for appellee.

Before GRONER, Chief Justice, and EDGERTON and ARNOLD, Associate Justices.

### PER CURIAM.

The attorney for the appellant filed a motion for continuance in the court below on the ground that his health required rest and relief from trial work for several months. The motion was denied and subsequently the case dismissed for want of prosecution. The record shows that the trial court properly exercised its discretion in denying the motion for continuance and the judgment is, therefore, affirmed.

Affirmed.